**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jermaine J. Campbell, Sr., | Case No.:  2:25-cv-01180-APG-EJY |
| Plaintiff | **Order Granting Motion for Enlargement of Time** |
| v. | [ECF No. 5] |
| Walter Peters, et al., | |
| Defendants | |

Plaintiff Jermaine Campbell brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Ely State Prison. In screening Campbell's complaint, I dismissed his First and Fourteenth Amendment claims with leave to amend by May 15, 2026. ECF No. 3.  Before that deadline expired, Campbell moved to extend it, arguing that the prison law library was two weeks late providing him with a copy of my screening order. ECF No. 5.  Campbell has shown good cause to extend the deadline for him to file an amended complaint by 30 days.

I THEREFORE ORDER that the motion for enlargement of time (ECF No. 5) is granted, and the deadline for the plaintiff to file a first amended complaint is extended to June 8, 2026.

Dated: May 11, 2026

_____
Andrew P. Gordon
Chief United States District Judge